February 2006            2006 USBC Central District of California

**United States Bankruptcy Court**
**Central District of California**

In re   **Delray M Richardson**
      **Carla C Richardson**                          Case No. _____

                                          Debtor(s)        Chapter    **13**

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, **Delray M Richardson**, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

■   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, **Carla C Richardson**, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

■   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date **November 1, 2014**        Signature _[signature]_
                                            **Delray M Richardson**
                                            Debtor

Date **November 1, 2014**        Signature _[signature]_
                                            **Carla C Richardson**
                                            Joint Debtor

**LONG BEACH UNIFIED SCHOOL DISTRICT**
OF LOS ANGELES COUNTY

FROM THE WARRANT CLEARANCE FUND FOR THE CURRENT FISCAL YEAR
AGAINST FUNDS OF THE SCHOOL BOARD
PAYABLE THROUGH THE SCHOOL DISTRICT
BANK OF AMERICA
SOUTHERN CALIFORNIA GOVERNMENT SERVICES   16-66
525 SOUTH FLOWER STREET                    1220
LOS ANGELES, CA 90071

No. 0464974
WARRANT NUMBER

THE TREASURER OF
THE COUNTY OF LOS ANGELES . . . . . . Will pay exactly **1312 Dollars 37 Cents

AMOUNT
$1312.37
NOT VALID FOR MORE THAN $14,999.99
VOID AFTER SIX MONTHS FROM DATE ISSUED.

DATE ISSUED
09-12-14

EXAMINED, APPROVED and ALLOWED
ARTURO DELGADO, Ed. D., COUNTY SUPERINTENDENT OF SCHOOLS

PAY TO THE ORDER OF
CARLA C RICHARDSON                0613
2191 E. 21ST STREET, APT. K       2R03
SIGNAL HILL CA 90755

**NON-NEGOTIABLE**

| Employee | Employee Number | Marital Status | Exemptions | Deductions | Add'l | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| CARLA C RICHARDSON | E-0030959-3 | F Married | 0 | | 0.00 | 08/10/14 | 09/06/14 | 09/12/14 |
| | | S Married | 0 | 0 | 0.00 | | Deposit Number | 0464974 |

**HOURS AND EARNINGS**

| Earn Code | Hours or Units | Description | Rate | Current | YTD | Program / Resource | Program / Resource Description |
|---|---|---|---|---|---|---|---|
| 0012 | 28.00 | REG Q/W CERT CL | 61.41 | $1,719.70 | | | |
| 0060 | 28.00 | ADDITIONAL AMOU | 1.48 | $41.61 | | | |

| | Current | YTD |
|---|---|---|
| TOTAL GROSS | $1,761.31 | $65,452.90 |

| Reduction | Current | YTD |
|---|---|---|
| STRS RETIREMENT 8.15% | $143.55 | $143.55 |
| STRS 8% FY2014 AND PRIOR | $0.00 | $5,095.34 |
| DELTA DENTAL - TAX DEFERRED | $0.00 | $863.94 |

| Balances | Monthly | Hourly |
|---|---|---|
| VACATION | 0.00 | |
| SICK LEAVE | 84.14 | |
| PERSONAL NECESSITY | 56.00 | |

| | Current | YTD |
|---|---|---|
| Total Reductions | $143.55 | $6,102.83 |
| Taxable Gross | $1,617.76 | |

| Taxes | Current | YTD |
|---|---|---|
| FEDERAL WITHHOLDING TAX | $215.35 | $7,225.13 |
| CALIF STATE WITHOLDING TAX | $64.50 | $2,078.03 |
| MEDICARE | $25.54 | $936.55 |

| | | |
|---|---|---|
| Total Gross | | $1,761.31 |
| Less Taxes/Reductions/Deductions | | $448.94 |
| **Net Pay or Deposit** | | **$1,312.37** |

Benefits Paid by LBUSD on Your Behalf — Current

| | |
|---|---|
| BLUESHIELD PPO FAMILY | $456.82 |
| DISTRICT PAID STRS 8.88% | $156.40 |
| POST EMPLOYMENT BENEFIT | $35.17 |
| WORKERS COMPENSATION INS | $30.82 |
| DISTRICT PAID MEDICARE | $25.54 |
| DENTAL PPO FAMILY | $16.08 |
| POST EMPLOYMENT BENEFIT % | $3.70 |
| LIFE INSURANCE | $1.85 |
| VISION | $1.05 |
| STATE UNEMPLOYMENT INS | $0.88 |
| EMP. ASSISTANCE PLAN (E.A.S.E.) | $0.20 |

| | Current | YTD |
|---|---|---|
| Total Taxes | $305.39 | $10,239.71 |

| Deductions | Current | YTD |
|---|---|---|
| TALB MEMBERSHIP DUES | $0.00 | $743.40 |
| STANDARD DISABILITY INSURANCE | $0.00 | $287.21 |
| STANDARD LIFE/AD & D | $0.00 | $186.90 |

| | Current | YTD |
|---|---|---|
| Total Deductions | $0.00 | $1,217.51 |
| Total Taxes/Reductions/Deductions | $448.94 | |

| | |
|---|---|
| Total Benefits Paid by Employer</b> | $728.51 |

Return

**LONG BEACH UNIFIED SCHOOL DISTRICT**
OF LOS ANGELES COUNTY

FROM THIS WARRANT CLEARANCE FUND FOR THE CURRENT FISCAL YEAR
IN ORDER OF THE BOARD OF EDUCATION
AGAINST FUNDS OF THE SCHOOL DISTRICT
PAYABLE THROUGH
BANK OF AMERICA
SOUTHERN CALIFORNIA GOVERNMENT SERVICES    16-66
525 SOUTH FLOWER STREET    1220
LOS ANGELES, CA 90071

No. 0472104
WARRANT NUMBER

THE TREASURER OF
THE COUNTY OF LOS ANGELES . . . . . . Will pay exactly **2300 Dollars 00 Cents

AMOUNT
$2300.00
NOT VALID FOR MORE THAN $14,999.99
VOID AFTER SIX MONTHS FROM DATE ISSUED.

DATE ISSUED
09-26-14

EXAMINED, APPROVED and ALLOWED
ARTURO DELGADO, Ed. D., COUNTY SUPERINTENDENT OF SCHOOLS

PAY TO THE ORDER OF
CARLA C RICHARDSON
2191 E. 21ST STREET, APT. K
SIGNAL HILL CA 90755

0613
2X03

**NON-NEGOTIABLE**

| Employee | Employee Number | Marital Status | Exemptions | Deductions | Add'l | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| CARLA C RICHARDSON | E-0030959-3 | F Married | 0 | | 0.00 | 08/10/14 | 09/06/14 | 09/26/14 |
| | | S Married | 0 | 0 | 0.00 | | Deposit Number | 0472104 |

**HOURS AND EARNINGS**

| Earn Code | Hours or Units | Description | Rate | Current | YTD | Program / Resource | Program / Resource Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Current | YTD |
|---|---|---|
| TOTAL GROSS | $0.00 | $65,452.90 |

| Reduction | Current | YTD |
|---|---|---|
| STRS 8% FY2014 AND PRIOR | $0.00 | $5,095.34 |
| DELTA DENTAL - TAX DEFERRED | $0.00 | $863.94 |
| STRS RETIREMENT 8.15% | $0.00 | $143.55 |
| Total Reductions | $0.00 | $6,102.83 |
| Taxable Gross | $0.00 | |

| Balances | Monthly | Hourly |
|---|---|---|
| VACATION | 0.00 | |
| SICK LEAVE | 84.14 | |
| PERSONAL NECESSITY | 56.00 | |

| | |
|---|---|
| Total Gross | $0.00 |
| Less Taxes/Reductions/Deductions | -$2,300.00 |
| **Net Pay or Deposit** | **$2,300.00** |

| Taxes | Current | YTD |
|---|---|---|
| FEDERAL WITHHOLDING TAX | $0.00 | $7,225.13 |
| CALIF STATE WITHOLDING TAX | $0.00 | $2,078.03 |
| MEDICARE | $0.00 | $936.55 |
| Total Taxes | $0.00 | $10,239.71 |

| Deductions | Current | YTD |
|---|---|---|
| SALARY ADVANCE WARRANT | -$2,300.00 | |
| TALB MEMBERSHIP DUES | $0.00 | $743.40 |
| STANDARD DISABILITY INSURANCE | $0.00 | $287.21 |
| STANDARD LIFE/AD & D | $0.00 | $186.90 |
| Total Deductions | -$2,300.00 | $1,217.51 |
| Total Taxes/Reductions/Deductions | -$2,300.00 | |

Benefits Paid by LBUSD on Your Behalf    Current

Total Benefits Paid by Employer</b>    $0.00

Return

LONG BEACH UNIFIED SCHOOL DISTRICT
OF LOS ANGELES COUNTY

FROM THE WARRANT CLEARANCE FUND FOR THE CURRENT FISCAL YEAR
DRAWN BY ORDER OF THE GOVERNING BOARD
AGAINST FUNDS OF THE SCHOOL DISTRICT

No. 0477857
WARRANT NUMBER

THE TREASURER OF
THE COUNTY OF LOS ANGELES . . . . . . Will pay exactly **4000 Dollars 00 Cents

AMOUNT
$4000.00

NOT VALID FOR MORE THAN $14,999.99
VOID AFTER SIX MONTHS FROM DATE ISSUED.

DATE ISSUED
10-10-14

PAY TO THE ORDER OF

CARLA C RICHARDSON
2191 E. 21ST STREET, APT. K
SIGNAL HILL    CA 90755

0613
2R04

EXAMINED, APPROVED and ALLOWED
ARTURO DELGADO, Ed. D., COUNTY SUPERINTENDENT OF SCHOOLS

**NON-NEGOTIABLE**

---

| Employee | Employee Number | Marital Status | Exemptions | Deductions | Add'l | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| CARLA C RICHARDSON | E-0030959-3 | F Married | 0 | | 0.00 | 09/07/14 | 10/04/14 | 10/10/14 |
| | | S Married | 0 | 0 | 0.00 | | Deposit Number | 0477857 |

**HOURS AND EARNINGS**

| Earn Code | Hours or Units | Description | Rate | Current | YTD | Program / Resource | Program / Resource Description |
|---|---|---|---|---|---|---|---|
| 0012 | 116.00 | REG Q/W CERT CL | 61.41 | $7,124.50 | | | |
| 0180 | 24.00 | SICK LEAVE PAY | 61.41 | $1,474.03 | | | |
| 0060 | 140.00 | ADDITIONAL AMOU | 1.48 | $208.03 | | | |

| | Current | YTD |
|---|---|---|
| TOTAL GROSS | $8,806.56 | $74,259.46 |

| Reduction | Current | YTD |
|---|---|---|
| STRS RETIREMENT 8.15% | $717.73 | $861.28 |
| DELTA DENTAL - TAX DEFERRED | $123.42 | $987.36 |
| STRS 8% FY2014 AND PRIOR | $0.00 | $5,095.34 |
| Total Reductions | $841.15 | $6,943.98 |

| Balances | Monthly | Hourly |
|---|---|---|
| VACATION | 0.00 | |
| SICK LEAVE | 60.14 | |
| PERSONAL NECESSITY | 56.00 | |

| Taxable Gross | $7,965.41 | |
|---|---|---|

| Taxes | Current | YTD |
|---|---|---|
| FEDERAL WITHHOLDING TAX | $1,045.90 | $8,271.03 |
| CALIF STATE WITHOLDING TAX | $311.62 | $2,389.65 |
| MEDICARE | $125.91 | $1,062.46 |
| Total Taxes | $1,483.43 | $11,723.14 |

| | |
|---|---|
| TOTAL GROSS | $8,806.56 |
| LESS TAXES/REDUCTIONS/DEDUCTIONS | $4,806.56 |
| **NET PAY OR DEPOSIT** | **$4,000.00** |

**Benefits Paid by LBUSD on Your Behalf**

| | |
|---|---|
| 30011 BLUESHIELD PPO FAMILY | $2,284.08 |
| 30415 DISTRICT PAID STRS 8.88% | $782.02 |
| 30220 POST EMPLOYMENT BENEFIT | $175.87 |
| 30550 WORKERS COMPENSATION INS | $154.11 |
| 30230 DISTRICT PAID MEDICARE | $125.91 |
| 30061 DENTAL PPO FAMILY | $80.40 |
| 30200 POST EMPLOYMENT BENEFIT % | $18.49 |
| 30041 LIFE INSURANCE | $9.23 |
| 30050 VISION | $5.25 |
| 30510 STATE UNEMPLOYMENT INS | $4.40 |
| 30076 EMP. ASSISTANCE PLAN (E.A.S.E.) | $0.98 |

| Deductions | Current | YTD |
|---|---|---|
| SALARY ADVANCE RECOVERY | $2,300.00 | |
| TALB MEMBERSHIP DUES | $106.60 | $850.00 |
| STANDARD DISABILITY INSURANCE | $41.03 | $328.24 |
| STANDARD LIFE/AD & D | $34.35 | $221.25 |
| Total Deductions | $2,481.98 | $1,399.49 |
| Total Taxes/Reductions/Deductions | $4,806.56 | |

| | |
|---|---|
| Total Benefits Paid by Employer | $3,640.74 |